1

2

3                          UNITED STATES DISTRICT COURT

4                               DISTRICT OF NEVADA

5                                      * * *

6   THEODORE STEVENS,                         Case No. 3:25-cv-00281-MMD-CSD

7                          Petitioner,                      ORDER

8        v.

9   JOE LOMBARDO, *et al.*,

10                         Respondents.

11

12          The Court dismissed Petitioner Theodore Stevens' *pro se* petition for writ of

13   habeas corpus as second and successive, judgment was entered, and the case was

14   closed. (ECF Nos. 16, 18.) Now before the Court are the fifth and sixth post-judgment

15   motions filed by Stevens—what he has styled as a motion to vacate order and motion for

16   order to cease and desist. (ECF Nos. 29, 30.) He appears to argue that the Court did not

17   rule on a certain claim in his earlier petition. The Court has now repeatedly advised

18   Stevens that if he wishes to file a successive petition, he must obtain authorization from

19   the Ninth Circuit Court of Appeals before he can proceed in this Court. *See* 28 U.S.C. §

20   2244(3)(A); *see also McNabb v. Yates*, 576 F.3d 1028, 1029-1030 (9th Cir. 2009);

21   *Henderson v. Lampert*, 396 F.3d 1049, 1053 (9th Cir. 2005). Regardless of whether

22   Stevens' argument is correct, he must get authorization to file another petition. The Court

23   finds the motions frivolous and denies them. The Court advises Stevens not to file any

24   further motions in this closed case.

25   ///

26   ///

27   ///

28   ///

It is therefore ordered that Stevens' motion to vacate order and motion for order to cease and desist (ECF Nos. 29 and 30) are denied.

DATED THIS 31st Day of October 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

2